798 A.2d 1265

IN THE MATTER OF JOSEPH S. CARUSO,
AN ATTORNEY AT LAW.

June 13, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–343, concluding that **JOSEPH S. CARUSO** of **OAKLYN**, who was admitted to the bar of this State in 1990, and who has been suspended from the practice of law pursuant to *Rule* 1:20–13(b) since February 3, 2000, should be suspended from the practice of law for a period of three years on the basis of his plea of guilty to a single count of violation of 18 *U.S.C.A.* § 371, conduct in violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOSEPH S. CARUSO** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to February 8, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.